IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | No. CR-18-130-01-C |
| ) | CIV-21-264-C |
| RUFUS LOU NELSON, JR., ) | |
| ) | |
| Defendant ) | |

## J U D G M E N T

Upon consideration of Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, and the Court's accompanying Order of Dismissal,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody be and the same is hereby denied.

DATED this 29th day of April 2021.

ROBIN J. CAUTHRON
United States District Judge